**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

      vs.                                       CASE NO. 3:98-CR-00189-001(HL)

**JORGE PARIS-LOPEZ**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION REQUESTING EARLY TERMINATION
OF SUPERVISED RELEASE**

**TO THE HONORABLE
HECTOR L. LAFFITTE
SENIOR, UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      Comes now, Desirée Reyes-Calderón, U.S. Probation Officer of this Honorable Court, and respectfully informs and prays as follows:

      On February 28, 2000, Mr. Jorge Paris-López, was sentenced to serve an eighty-seven(87) month imprisonment term; followed by a five (5) year supervised release term, after pleading guilty of violation Title 21, United States Code §846 . On October 14, 2004, the offender was release from custody to the Middel District of Florida, where he commenced serving the supervised release term imposed.

      On January 14, 2008, a letter was received from Alerson Jaquez, U.S. Probation Officer from the Middle District of Florida, requesting to petition the Court for early termination in this case. Probation Officer A. Jaquez, reported that Mr. Paris-López has complied with all the conditions imposed by the Court. The Monthly Supervision Reports are on time and all urine specimens collected have yielded negative results.

The offender has been employed as truck driver, and no legal or community problems have been reported on his behalf. The Special Monetary Assessment was satisfied on December 23, 2003. DNA was collected on February 22, 2005.

On January 18, 2008, contact was made with Assistant United States Attorney, Desireé Laborde, who posed objections to the offender's petition due to his mayor role in the instant offense and the nature of the case.

*Wherefore,* the United States Probation Office for the District of Puerto Rico respectfully submits the aforementioned information and leaves the matter of termination to the sound discretion of the Court.

In San Juan, Puerto Rico, this 30th, day of January 2008.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER
    <u>s/Desirée Reyes-Calderón</u>
    U.S. Probation Officer
    150 Carlos Chardón Avenue
    Federal Office Building, Room 400
    San Juan, PR 00918
    Tel. (787) 771-1401
    Fax. (787) 281-4928
    Desiree_Reyes@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 30th, 2008, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Desirée Laborde, U.S. Attorney and to Robert Odasz, Attorney.

In San Juan, Puerto Rico, January 30th, 2008.

s/Desirée Reyes-Calderón
Desirée Reyes-Calderón
U.S. Probation Officer
150 Carlos Chardón Avenue
Federal Office Building, Room 400
San Juan, PR 00918
Tel.(787) 771-1401
Fax. (787) 281-4928
Desiree_Reyes@prp.uscourts.gov

DRC/