AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    PUERTO RICO

UNITED STATES OF AMERICA,                           **APPEARANCE**

        v.                                           CASE NUMBER: 98-189(HL)

**JORGE PARIS-LOPEZ**

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| January 31, 2008 | /s/Charles R. Walsh |
| *Date* | *Signature* |
| | |
| | *Charles R. Walsh* |
| | *Print Name* |
| | |
| | *350 Torre Chardon, Suite 1201* |
| | *Address* |
| | |
| | *Hato Rey, Puerto Rico 00918* |
| | *City* |
| | |
| | *(787) 766-5656* |
| | Phone Number |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY, that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsels of record.

     At San Juan, Puerto Rico, January 31, 2008.

                                               S/Charles R. Walsh
                                               Charles R. Walsh - G00514