### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JORGE PARIS-LOPEZ,<br>Defendant. | CRIMINAL NO. 98-189(HL) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. That as of January 31, 2008, AUSA Warren Vázquez is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case. The AUSA responsible for this case is Charles R. Walsh.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Warren Vázquez as the attorney responsible for the prosecution of the instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 31st day of January, 2008.

                                                          ROSA EMILIA RODRIGUEZ-VELEZ
                                                          United States Attorney


                                                          s/Warren Vázquez
                                                          Warren Vázquez 125413
                                                          Assistant U. S. Attorney
                                                          Acting Deputy Chief, Violent Crimes Unit
                                                          Criminal Division
                                                          Torre Chardón, Suite 1201
                                                          350 Carlos Chardón Street
                                                          Hato Rey, Puerto Rico  00918
                                                         Tel. (787) 766-5656
                                                         Fax (787) 771-4050
                                                         Email: warren.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, this 31st day of January, 2008.

                                                          s/Warren Vázquez
                                                          Assistant U.S. Attorney